UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY PEI,

          Plaintiff,

v.

DONG FENG WANG, et al.,

          Defendants.

Case No. C19-926RSM

**ORDER**

Plaintiff's motion to extend the deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt #2) is GRANTED. The deadlines are reset as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/20/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 11/27/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 12/4/2019 |

///

ORDER - 1

DATED this 13th day of August, 2019.

	RICARDO S. MARTINEZ
	CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2